# United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge
Criminal No. 1:24-cr-00039-RGE-HCA-1        :   Clerk's Court Minutes – Initial Appearance/Arraignment

---

United States of America vs. Todd David Matheson

---

Gov. Atty(s): Shelly Sudmann - telephonically  : ☐ Indictment  ☑ Superseding Indictment  ☐ Information
Def. Atty(s): Sean M. Conway - telephonically  : ☐ Complaint  ☐ Warrant  ☐ Summons
Def. Appears: ☑ In Person  ☐ Video Conference  : Code Violation/Offense:
☐ All Parties Consent to Video Proceeding  : 18:2252(a)(4)(B) and 2252(b)(2). Possession of Child
Court Reporter:                              : Pornography (1s)   18:2252(a)(2) and 2252(b)(1). Receipt of
Interpreter: N/A                             : Child Pornography (2s)   18:2252(a)(2) and 2252(b)(1).
☐ Interpreter Sworn                          : Distribution of Child Pornography (3s)

Date: 8/1/2024
Initial Appearance Start Time:    Arraignment Start Time: 8:30 am    End Time: 8:33 am

## Initial Appearance

☐ Advised of Rights                                  : ☐ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights            : ☐ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No          : ☐ Retained Counsel
☐ Rule 5 Admonition Given                            :

## Arraignment

Trial Scheduled for:                 : ☑ Advised of Charges/Maximum Penalties
Rule 16 Material due:                : ☐ Indicted in True Name
Reciprocal Discovery due:            :    True Name:
Pretrial Motions due:                : ☑ Reading of Indictment Waived
Plea Notification Deadline:          :    Plea of Not Guilty Accepted as to Ct(s): 1s, 2s and 3s
Plea Entry Deadline:                 : ☑ Denied Forfeiture
Status/Scheduling Conference (Counsel Only): ☑ Defendant advised that failure to enter a plea by deadline
                                     :    may negatively impact consideration and finding regarding
                                          reduction in offense level based upon Acceptance of
                                          Responsibility pursuant to USSG.

## Custody Status

☐ Government Moved for Detention          :
☐ Defendant Waived Preliminary Examination : Detention Hearing Set:
☐ Defendant Waived Detention Hearing      : Before:
                                          : Courthouse:                         Room:
Court Ordered Defendant:                  : Revocation Hearing Set:
☐ Released on Bond                        : Before:
☐ Detained                                : Courthouse:                         Room:

---

Defendant filed a Waiver of Personal Appearance at Arraignment [31], which the court accepted [34].  Both attorneys named above appear at this hearing telephonically.   Hearing dates and times remain as previously set.

/s/ V. Rule
Deputy Clerk